IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**BERNICE CONWAY, Individually and as**
**Representative of the Estate of**
**TERRY CONWAY, Deceased, et al.** **PLAINTIFFS**

v. Cause No. 4:01CV272-MPM-DAS

**AMERICAN HOME PRODUCTS CORPORATION** **DEFENDANTS**

## ORDER

**UPON FURTHER REVIEW** of the file and record of this case, the Court finds it was removed from the Circuit Court of Sunflower County, Mississippi, on October 31, 2001. (Doc. No. 1). By Transfer Order dated January 9, 2002, the Judicial Panel on Multidistrict Litigation transferred the case to the Western District of Washington for coordinated pretrial proceedings. (Doc. No. 34). Following entry of that order, several remand orders and orders of dismissal were entered. However, outside the reassignment of this case to the undersigned United States Magistrate Judge on July 8, 2008, there has been no activity herein since entry of the Court's Order of Dismissal dated January 11, 2006 (Doc. No. 62).

**THEREFORE, IT IS ORDERED** that the parties shall email detailed status reports to the undersigned on or before August 28, 2008. The parties' reports shall include a concise statement of the status of any and all remaining claims in this suit. The parties shall also be careful to include the nature of any proceedings that remain pending in the MDL court. In this instance, the Court will give due consideration to any guidance from the parties with respect to achieving a prompt disposition of this matter.

**THIS**, the 21st day of August, 2008.

/s/ David A. Sanders
U. S. MAGISTRATE JUDGE